IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:19-cv-574-JDK |
| CITY OF PALESTINE, *et al.*, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Summary Judgment for Plaintiff Union Pacific (Docket No. 65), entered on February 3, 2021, the Court hereby enters **FINAL JUDGMENT**.

**IT IS ORDERED** that:

1. The 1954 Agreement is preempted by the ICCTA and so is null and void;

2. Union Pacific is under no obligation to honor any of the 1954 Agreement's terms, including any requirement that the railroad station any portion of its workforce or operations at Palestine;

3. Neither Union Pacific or any of its successors and assigns are required to maintain employees or facilities in Palestine, Texas or Anderson County, Texas;

4. City of Palestine and Anderson County are enjoined from enforcing the 1954 Agreement against Union Pacific nor any of its successors and assigns.

1

All pending motions are **DENIED** as **MOOT**. All expenses, costs, and attorneys' fees are to be borne by the party that incurred them. The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **25th** day of **March, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE